IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KWAME YEBOAH,

   Plaintiff,

    v.

THE BANK OF NEW YORK
MELLON AS TRUSTEE FOR CIT,
N.A.,

   Defendant.

CIVIL ACTION FILE
NO. 1:12-CV-2139-TWT

## ORDER

This is an action under the Truth-in-Lending Act. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 2]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 2] is GRANTED.

SO ORDERED, this 5 day of October, 2012.

                                   /s/Thomas W. Thrash
                                   THOMAS W. THRASH, JR.
                                   United States District Judge

T:\ORDERS\12\Yeboah\r&r.wpd